UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DAVID BONNEAU, | * | CIVIL ACTION NO. _____ |
| | * | |
| Plaintiff, | * | 06 CA 10031 RGS |
| | * | |
| v. | * | COMPLAINT |
| | * | |
| EASTERN FISHERIES, INC. | * | MAGISTRATE JUDGE _____ |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT # _____
AMOUNT $ N/A
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 1/6/06

**THE PARTIES**

1.  The plaintiff, DAVID BONNEAU, resides in Fairhaven, Massachusetts and at all times hereinafter referred to, was serving as a member of the crew of the F/V PURSUIT.

2.  The defendant, EASTERN FISHERIES, INC., is a duly organized corporation existing under the laws of Massachusetts, and at all times hereinafter referred to, owned, operated and/or controlled the F/V PURSUIT which did business in the Commonwealth of Massachusetts and employed the plaintiff.

**JURISDICTION**

3.  This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1).

## FACTUAL ALLEGATIONS

4. On or about September 24, 2005, the plaintiff was in the employ of the defendant as a seaman and member of the crew of the F/V PURSUIT. While the F/V PURSUIT was in navigable waters and while the plaintiff was in the exercise of due care and in the performance of his duties, he sustained severe and painful personal injuries.

## COUNT I
### JONES ACT
(Negligence)

5. Paragraphs 1-4 are realleged and incorporated herein.

6. The injuries sustained by the plaintiff were caused by the fault of the defendant, its agents, or servants as follows:

   a) Failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances;

   b) Failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

   c) Failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

   d) Failure and negligence of fellow employees;

   e) Failure and negligence in other respects that will be shown at the trial.

7. As a result of the said injuries, the plaintiff has suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at the trial.

8. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act. 46 U.S.C App. § 688.

### REQUEST FOR RELIEF

a) Under Count I, that this court enters judgment in favor of the plaintiff against the defendant.

b) For such other relief as this court deems appropriate.

### COUNT II
### GENERAL MARITIME LAW
(Unseaworthiness)

9. Paragraphs 1-8 are realleged and incorporated herein.

10. The injuries sustained by the plaintiff were caused by the unseaworthiness of the defendant's vessel, its appliances, appurtenances and equipment.

11. As a result of the said injuries, plaintiff has suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and has suffered and will continue to suffer other damages as will be shown at trial.

12. This cause of action is brought under the General Maritime Law based upon unseaworthiness and is for the same cause of action as Count I.

### REQUEST FOR RELIEF

a) Under Count II, that this court enters judgment in favor of the plaintiff against the defendant.

b) For such other relief as this court deems appropriate.

## COUNT III
### GENERAL MARITIME LAW
(Maintenance and Cure)

13. Paragraphs 1-12 are realleged and incorporated herein.

14. As a result of his injuries, the plaintiff has incurred expenses for his maintenance and cure and will continue to do so all to his damage.

### REQUEST FOR RELIEF

a) Under Count III, that this court enter judgment in favor of the plaintiff against the defendant.

b) For such other relief as this court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,
By his attorney,

*/s/ David B Kaplan*
DAVID B. KAPLAN, BBO NO. 258540
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

Dated: January 4, 2006

4