UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAVID BONNEAU
    Plaintiff

    v.                                    CIVIL ACTION NO. 06-10031-RGS

EASTERN FISHERIES, INC.
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

                    BY:

                              /s/ Mary H. Johnson
                                Deputy Clerk

DATED: 2-1-07